UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE MORENO

    Plaintiff,

    v.

CANYON SPRINGS ENTERPRISES, et al.,

    Defendants.
_____/

No. C 04-4772 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted plaintiff's motion for default judgment,

it is Ordered and Adjudged

that judgment is entered in plaintiffs' favor and against defendants Canyon Springs and Hamilton for $22,202.30, which includes: $9,288.28 in unpaid contributions, $6,869.22 in interest on unpaid contributions; $2,850.00 in liquidated damages; $2,812.50 in attorneys' fees, and $381.90 in costs.

IT IS SO ORDERED.

Dated: August 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge