James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105
Telephone:  (415) 512-3501
Facsimile:   (415) 512-3515
Email:        jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CANYON SPRINGS ENTERPRISES, a California corporation; and ROBERT STANLEY HAMILTON, an Individual,<br><br>Defendants. | Case No.:  C-04-4772 BZ<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY**  AND ORDER |

Plaintiffs JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN

///

///

///

-1-
NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-04-4772 BZ]

1 | CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR
2 | NORTHERN CALIFORNIA, hereby substitute as their attorney:

3  Ronald L. Richman, Esq. (SBN 139189)
    Bullivant Houser Bailey, P.C.
4  601 California Street, Suite 1800
    San Francisco, California 94108-2823
5  Telephone No. (415) 352-2700
    Facsimile No. (415) 352-2701
6  E-Mail: Ron.Richman@bullivant.com

7 in place and instead of their current attorneys, James P. Watson, Bruce K. Leigh and Anne Bevington,
8 Stanton, Kay & Watson, LLP.

9 **NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**

10 DATED: January 26, 2007    Ronald L. Richman
                              BULLIVANT HOUSER BAILEY, P.C.
11
12                            By: /s/ Ronald L. Richman
                              Ronald L. Richman
13

14 **FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**

15 DATED: January 5, 2007    James P. Watson
                             Bruce K. Leigh
16                           Anne Bevington
                             STANTON, KAY & WATSON, LLP
17
18                           By: /s/ Anne Bevington
                             Anne Bevington
19

20 **PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**

21 DATED: January 29, 2007    JOSE MORENO as CHAIRMAN and LARRY TOTTEN as
                              CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE
22     3/2/07                 LABORERS HEALTH AND WELFARE TRUST FUND FOR
                              NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY
23                            TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS
                              PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and
24                            LABORERS TRAINING AND RETRAINING TRUST FUND FOR
                              NORTHERN CALIFORNIA
25
         IT IS SO ORDERED
26       /s/ PJH              By:   Edward Smith
         Judge Phyllis J. Hamilton  Name: Edward Smith
27                                  Title: Fund manager
                              Authorized Representative
28

F:\CASES\7000\7000.1016 Canyon Springs\PLEADINGS\SUBSTITUTION OF ATTORNEY.doc
-2-
NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-04-4772 BZ]